26-11212



U.S. COURT OF APPEALS
RECEIVED
CLERK
APR 20 2026
ATLANTA, GA

William Pope Sewell
2452 HARRIER CT
APOPKA, FL 32703

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-11212-EE
Case Style: Affordable Aerial Photography, Inc. v. Ryan Witkowski, et al
District Court Docket No: 9:24-cv-80423-JEM

## BRIEFING NOTICE

Briefing and Appendix Deadlines
Pursuant to 11th Cir. R. 31-1(a), the appellant's brief is due **May 20, 2026**. The appendix is due 7 days after the appellant's brief is filed. An incarcerated pro se party is not required to file an appendix.

The appellee's brief is due within 30 days after the service of the last appellant's brief. The appellant's reply brief, if any, is due within 21 days after the service of the last appellee's brief. This is the only notice you will receive regarding the due date for briefs and appendices.

Form
Please see FRAP 32(a) and the corresponding circuit rules for information on the form of briefs and FRAP 32(b) and 11th Cir. Rules 30-1 and 30-2 for information on the form of appendices.

Paper Copies of Briefs and Appendices
At the conclusion of briefing, the clerk will send a notice directing each party to send to the Court the specified number of paper copies of briefs and appendices within seven days of the notice.

If the case is classed for oral argument, the clerk will send an additional notice directing each party to send to the Court the specified number of paper copies of briefs and appendices within seven days of the date of the notice.

Paper copies of briefs and appendices must not be sent until the clerk's notice(s) is received.

Use of the ECF system does not modify the requirement that filers must also provide to the Court the required number of paper copies of briefs and appendices. See 11th Cir. Rules 30-1(d) and 31-3.

Appearance of Counsel
If you have not entered your appearance in this appeal, please note that the clerk generally may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the Court's Web site. Appointed counsel are not required to file an appearance form.

Brief Compliance Check Program
The Brief Compliance Check Program automatically checks briefs for compliance with the Federal Rules of Appellate Procedure and Eleventh Circuit Rules when they are filed electronically and identifies critical deficiencies that may need to be corrected. To check a brief before filing, select "Check PDF Document" under the Utilities tab on the main CM/ECF page, then select "Check pleading for Compliance with FRAP and Local Rules," enter the case number, select the type of brief being checked, and upload the brief.

Clerk's Office Phone Numbers
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Briefing Notice 1 - Appellant

26-11212 — e

U.S. COURT OF APPEALS
RECEIVED
CLERK

APR 2 0 2026

ATLANTA, GA

William Pope Sewell
2452 HARRIER CT
APOPKA, FL 32703

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2026

Liandra Izquierdo
Beusse Sanks, PLLC
612 E COLONIAL DR STE 250
ORLANDO, FL 32803

Terry Marcus Sanks
Beusse Sanks, PLLC
612 E COLONIAL DR STE 250
ORLANDO, FL 32803

William Pope Sewell
2452 HARRIER CT
APOPKA, FL 32703

Appeal Number: 26-11212-E
Case Style: Affordable Aerial Photography, Inc. v. Ryan Witkowski, et al
District Court Docket No: 9:24-cv-80423-JEM

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

*If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a <u>Transcript Order Form</u> or a certificate stating no transcripts will be ordered. <u>See</u> FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. <u>See</u> FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **04/10/2026**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>, **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier.** <u>See</u> 11th Cir. R. 26.1-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) <u>Civil Appeal Statement</u> (attorneys only). <u>See</u> 11th Cir. R. 33-1(a)(3).

<u>Mediation</u>
If a Civil Appeal Statement is required to be filed <u>and</u> the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. <u>See</u> 11th Cir. R. 33-1.

<u>Appellee Requirements</u>
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a <u>CIP</u> or a notice. <u>See</u> 11th Cir. R. 26.1-1(a)(2).

2. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Attorney Participation</u>
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. <u>See</u> 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at <u>https://www.ca11.uscourts.gov/bar-admission-status-look.</u> The Application for Admission to the Bar and other forms and information can be found at <u>https://www.ca11.uscourts.gov/attorney-forms-and-information.</u>

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an <u>Appearance of Counsel Form</u> within 14 days of the date of this notice. <u>See</u> 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required,</u> non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at <u>www.pacer.gov</u>. Information and training materials related to electronic filing are available on the Court's website.

<u>Obligation to Notify Court of Change of Addresses</u>
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. <u>See</u> 11th Cir. R. 25-7.

<u>Additional Information</u>
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at <u>www.ca11.uscourts.gov</u>.

<u>Clerk's Office Phone Numbers</u>
General Information: 404-335-6100    Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135    Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125    Cases Set for Oral Argument: 404-335-6141

CIVIL - Notice of Docketing

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

ATLANTA GA RPDC 302

14 APR 2026 PM 2

FIRST-CLASS

US POSTAGE

ZIP 30303
02 7W
0008042953

CLEARED SECURITY

APR 20 2026

U.S. MARSHALS SERV
11th Circuit Court of Appeal

321 N7E 1    325I0204/16/26
FORWARD TIME EXP   RTN TO SEND
SEWELL ESQ
15389 SUGAR CITRUS DR
WINTER GARDEN FL 34787-5071

RETURN TO SENDER

30303-2205